In the Matter of ANONYMOUS, an Applicant for Admission to the Bar, Appellant.

Decided February 15, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

ANDREW M. CUOMO, Attorney General of the State of New York, et al., Respondents, v OSMIN FERRAN, JR., et al., Defendants, and LEWIS BRESTIN et al., Appellants.

Submitted December 6, 2010; decided February 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.